UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**APRIL THOMAS,**

    **Plaintiff,**

v.                                             Case No.   5:21-cv-254-ACC-PRL

**LIFESTREAM BEHAVIORAL
CENTER, INC.,**

    **Defendant.**

## ORDER

This cause is before the Court on Motion for Settlement (Doc. 35) filed on April 11, 2022.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 13, 2022 (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Second Amended Motion to Approve Settlement and Dismiss Case (Doc. 35) is hereby **GRANTED in part** as follows:

    a. The Court declines to retain jurisdiction to enforce the Settlement Agreement;

    b. The Court severs the Amendments Provision in the Settlement Agreement (Doc. 35-1 ¶ 11);

    c. The Court finds that Plaintiff's attorney's fees and costs of $3,919.50 are reasonable; and

    d. The parties' Settlement Agreement (Doc. 35-1), as revised above, is a "fair and reasonable resolution" of a *bona fide* dispute under the Fair Labor Standards Act pursuant to *Lynn's Food Stores, Inc. v. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982).

e.    The case is **DISMISSED with prejudice**.

f.    The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Orlando, Florida on May 2, 2022.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record